IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TRAVIS JOHN JENNER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV 317-068 |
| STACEY STONE, | ) ) ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Respondent's motion to dismiss the § 2241 petition (doc. no. 11). Therefore, the Court **DISMISSES** the § 2241 petition, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 13th day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE